**BOSTON DEVELOPMENT CORPORA-TION, Petitioner, Appellant,**

v.

**STATE REALTY CO. OF BOSTON, Inc., Respondent, Appellee.**

No. 5286.

United States Court of Appeals
First Circuit.

Nov. 22, 1957.

Angus M. MacNeil, Somerville, Mass., for appellant.

Phillip Cowin, Boston, Mass., with whom Sidney J. Kagan, Boston, Mass., was on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The orders of the district court are affirmed on Judge Ford's Memorandum of Decision dated May 23, 1957 In re petition for review of referee's order. In re State Realty Co., D.C., 152 F.Supp. 774.

**Alfred SPEAR, Claimant, Appellant,**

v.

**Alfred B. STAPLETON, Trustee, et al., Appellees.**

No. 5288.

United States Court of Appeals
First Circuit.

Nov. 22, 1957.

Jacob S. Temkin, Providence, R. I., with whom Harvey M. Spear, New York City, was on brief, for appellant.

Westcote H. Chesebrough, Providence, R. I., with whom Harold E. Staples, Providence, R. I., was on brief, for Bankers Trust Co., Rhode Island Hospital Trust Co. and Rockland Atlas Nat. Bank of Boston, appellees.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The order of the district court is affirmed on Judge Day's opinion of May 10, 1957. In re Heller-Sperry, Inc., D. C., 154 F.Supp. 359.